IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EDWARD CARLISLE FIELDS,                                    CV. 05-123-HU

        Petitioner,                                                ORDER

   v.

GUY HALL,

        Respondent.

BROWN, Judge

    Petitioner's motion for voluntary dismissal (#29) is GRANTED. This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this <u>23rd</u> day of February, 2006.

                                        <u>/s/ Anna J. Brown</u>
                                        Anna J. Brown
                                        United States District Judge